USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**KRISTY MCCANN,**

**Plaintiff,**

**-against-**

**BIP VENTURES, L.P., et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**26-CV-03138 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 30, 2026, the parties filed separate status letters addressing Plaintiff's intent to file a Second Amended Complaint ("SAC"). ECF Nos. 49, 50.

Plaintiff is ORDERED to serve clean and redlined copies of the proposed SAC on Defendants by Monday, November 9, 2026. By Thursday, November 12, 2026, Defendants shall advise the Court whether they oppose amendment. If Defendants oppose amendment, Plaintiff shall file a motion for leave to amend by Monday, November 16, 2026. If Defendants do not oppose amendment, their November 12 letter must either: (1) propose a deadline to respond to Plaintiff's SAC, or (2) indicate that Defendants intend to stand by their existing motions to dismiss.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2026
New York, New York