USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Reade W. Seligmann** Direct Dial: **212-210-9453** Email: **reade.seligmann@alston.com**

November 13, 2026

**VIA ECF**
The Honorable Sarah Netburn, U.S.M.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, New York 10007

*Re:* *McCann v. BIP Ventures, L.P., et al.* (26-cv-03138-DEH-SN)

Dear Judge Netburn:

Pursuant to the Court's Order, dated November 4, 2026, defendants Mark Buffington, BIP Ventures, L.P., BIP Ventures Management, LLC, and SkillCycle, Inc. (collectively, "Defendants"), submit this joint letter to advise the Court that Defendants will not oppose the filing of Plaintiff's proposed Second Amended Complaint ("SAC") in the form Plaintiff provided to Defendants. We also apologize for the delayed submission, which was the result of the widespread Microsoft Outlook outage yesterday.

The SAC names six new corporate defendants, asserts new causes of action, asserts additional claims against SkillCycle, and contains new factual allegations. Given Plaintiff's substantive amendments to her Complaint and the Thanksgiving holiday, Defendants respectfully request a December 16, 2026 deadline to file motions to dismiss the SAC. The requested deadline will not have any impact on other deadlines in the case.

We thank the Court for its attention to this matter.

Respectfully submitted,

The proposed deadline is GRANTED. Plaintiff shall file the Second Amended Complaint on the docket by Tuesday, November 17, 2026. Defendants shall file motions to dismiss on or before December 16, 2026. The motions to dismiss pending at ECF Nos. 21, 25, and 29 are dismissed without prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 13, 2026
New York, New York